UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
Grand Jury H-09-1

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:10CR56(MRK) |
| v. | VIOLATIONS: |
| JARRELL SANDERSON | 18 U.S.C. §§ 1591(a) and 1594(c) (Conspiracy to Commit Sex Trafficking of Children) |
| and | |
| HASSONAH DELIA | 18 U.S.C. §§ 1591(a) and (b) (Sex Trafficking of Children and by Force, Fraud, or Coercion) |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 1594(c)
(Conspiracy to Commit Sex Trafficking of Children)

Between on or about July 14 and 17, 2009, in the District of Connecticut, the defendants **JARRELL SANDERSON** and **HASSONAH DELIA**, in and affecting interstate commerce, knowingly did conspire to recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit E.A. and K.H., individuals known to the Grand Jury, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18 United States Code, Sections 1591(a)(1) and (b)(2).

In violation of Title 18 United States Code, Section 1594(c).

**COUNT TWO**
18 U.S.C. § 1591(a) and (b)
(Sex Trafficking of Children)

Between on or about July 14 and 17, 2009, in the District of Connecticut, **JARRELL SANDERSON** and **HASSONAH DELIA**, the defendants herein, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit E.A., a person known to the Grand Jury, knowing and in reckless disregard of the fact that E.A. had not attained the age of 18 years and would be, and was in fact, caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

**COUNT THREE**
18 U.S.C. § 1591(a) and (b)
(Sex Trafficking by Force, Fraud and Coercion)

Between on or about July 14 and 17, 2009, in the District of Connecticut, **JARRELL SANDERSON** and **HASSONAH DELIA**, the defendants herein, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit E.A., a person known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and any combination of such means would be, and were in fact, used to cause E.A. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT FOUR
18 U.S.C. § 1591(a) and (b)
(Sex Trafficking of Children)

Between on or about July 14 and 17, 2009, in the District of Connecticut, **JARRELL SANDERSON** and **HASSONAH DELIA**, the defendants herein, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit K.H., a person known to the Grand Jury, knowing and in reckless disregard of the fact that K.H. had not attained the age of 18 years and would be, and was in fact, caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT FIVE
18 U.S.C. § 1591(a) and (b)
(Sex Trafficking by Force, Fraud and Coercion)

Between on or about July 14 and 17, 2009, in the District of Connecticut, **JARRELL SANDERSON** and **HASSONAH DELIA**, the defendants herein, in and affecting interstate commerce, knowingly did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit K.H., a person known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and any combination of such means would be, and were in fact, used to cause K.H. to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

A TRUE BILL

/s/

_____
FOREPERSON

/s/

_____
NORA R. DANNEHY
UNITED STATES ATTORNEY

/s/

_____
MICHAEL J. GUSTAFSON
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

/s/

_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY